ASCENSION LAW GROUP
PAMELA TSAO( 266734)
2030 E. 4th Street
Suite 205
Santa Ana, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff HOANG MINH LE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual<br><br>        Plaintiff,<br><br>    vs.<br><br>ROBRAT HARBOR LLC, a limited liability company; and DOES 1 through 10,<br><br>        Defendants. | Case No.: 8:15-cv-01932-R-JCG<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hoang Minh Le and Defendant ROBKAT HARBOR, LLC by and through undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice.  Each party shall bear their own attorneys' fees and costs incurred herein.

SO STIPULATED.

| | |
|---|---|
| Dated:    April  13, 2016 | ASCENSION LAW GROUP, PC |
| | By: /s/ Pamela Tsao |
| | Pamela Tsao |
| | Attorneys for Plaintiff<br>Hoang Minh Le |
| Dated:    April  13, 2016 | THE KARLIN LAW FIRM LLP |
| | By: /s/ David E. Karlin |
| | David E. Karlin |
| | Attorneys for Defendant<br>ROBKAT HARBOR, LLC |